UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: Aselefetch Aragaw                                  Case No. 10-14947-SSM

AURORA LOAN SERVICES, LLC,

                              Plaintiff,

v.

ASELEFETCH ARAGAW, DEBTOR,
And
DONALD F. KING, TRUSTEE,

                              Defendants

ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY

      This matter came upon the motion of Aurora Loan Services, LLC, (the "Creditor), a creditor of Aselefetch Aragaw, (Debtor), by counsel, and represented to the Court that a Motion for Relief From Stay in the subject Chapter 7 case was filed on its behalf; that a hearing on said motion is scheduled for September 1, 2010, and therefore moves that the Motion for Relief be withdrawn.

      Upon consideration whereof, it appearing to the Court that good cause has been shown for withdrawal, it is therefore ,

Marvin A. Jaffe, counsel for
Aurora Loan Services, LLC.
5310 Markel Road, Suite 200
Richmond, Virginia 23230
(804) 282-0456
VSB ID #1586

ORDERED that the Motion for Relief From Stay filed by Aurora Loan Services, LLC., a creditor of Aselefetch Aragaw, be and it hereby is withdrawn from the docket without prejudice.

ENTER:     /     /

_____
Judge

I ask for this:

/s/ Marvin A. Jaffe
Marvin A. Jaffe, counsel
 For creditor
5310 Markel Road, Suite 200
Richmond, Virginia 23230
(804) 282-0456

CERTIFICATE

I hereby certify that a true copy of the foregoing Order was mailed this 30th day of August, 2010, to all necessary parties.

/s/ Marvin A. Jaffe
Marvin A. Jaffe

cc:  Aselefetch Aragaw
     4021 Thornton Court
     Annandale, Virginia 22003

     Daniel M. Press, counsel for debtor
     6718 Whittier Avenue, Suite 200
     McLean, Virginia 22101

     Donald F. King, Trustee
     9302 Lee Highway, Suite 1100
     Fairfax, Virginia 22030